# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTONIO SHEPHERD,<br>　　　　　Plaintiff,<br><br>v.<br><br>LINDA M. ROBLES, et al.,<br>　　　　　Defendants. | 1:18-cv-01016-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO APPEAR BY VIDEO CONFERENCE, MICHAEL ANTONIO SHEPHERD, CDCR # AK-9044**<br><br>DATE:  October 7, 2019<br>TIME:  9:00 a.m. |

Michael Antonio Shepherd, CDCR # AK-9044, is the plaintiff in proceedings in this case, and is confined at California State Prison, Los Angeles County, in the custody of the Warden.  to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by video conference, before Magistrate Judge Jennifer L. Thurston, at the U. S. District Court, 510 19th Street, Bakersfield, CA 93301, on Monday, October 7, 2019 at 9:00 a.m.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**　The Warden of California State Prison, Los Angeles County

**WE COMMAND** you to produce the inmate named above, by video conference, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated:　**September 4, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE