UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTONIO SHEPHERD,<br><br>Plaintiff,<br><br>v.<br><br>LINDA M. ROBLES, et al.,<br><br>Defendants. | **Case No. 1:18-cv-01016-DAD-JLT (PC)**<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

The parties have resolved this case in its entirety and filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 28) The stipulation also states that each party shall bear its own litigation costs and attorney's fees.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citations omitted). Accordingly, this action is terminated by operation of law without further order from the Court. The Clerk of the Court is therefore **DIRECTED** to terminate all deadlines and close this case.

IT IS SO ORDERED.

Dated: __**October 22, 2019**__   _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE